MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00034-CDB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL CASE |
| JAVIER HERNANDEZ VALENCIA AKA JAVIER HERNANDEZ, JAVIER HERNANDES, JOSE HERNANDES, JOSE MALDONADO HERNANDEZ, JOSE MALDONADO HERNANDES, AND JOSE HERNANDEZ MALDONADO, | |
| Defendant. | |

The United States of America moves to request that the Court unseal this case. Defendant is currently in state custody and will be transferred to make an appearance on an indictment for the same offense as in this case. The indictment, returned today, is unsealed but court staff have informed the United States that they are unable to access the indictment until the unsealing of this case. This case should therefore be unsealed so that court staff may gain access to the indictment so as to prepare for Defendant's appearance and advisement of the charge against him.

Dated: June 12, 2025

Very truly yours,
MICHELE BECKWITH
Acting United States Attorney


*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

1

1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 5:25-MJ-00034-CDB

                          Plaintiff,     **ORDER TO UNSEAL CASE**
12
               v.
13
   JAVIER HERNANDEZ VALENCIA
14 AKA JAVIER HERNANDEZ, JAVIER
   HERNANDES, JOSE HERNANDES, JOSE
15 MALDONADO HERNANDEZ, JOSE
   MALDONADO HERNANDES, AND JOSE
16 HERNANDEZ MALDONADO,

17                        Defendant.

18

19

20        Good cause appearing due to the the pending appearance of Defendant Javier Hernandez

21 Valenciain a state court case for the same underlying offense as in this case, it is HEREBY ORDERED

22 that this case be UNSEALED.

23 IT IS SO ORDERED.

24    Dated:  __June 12, 2025__        _____
25                                      UNITED STATES MAGISTRATE JUDGE
26

27

28

                                         2